# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKOB TOPALYAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY, and DOES 1 through 100, Inclusive,<br><br>    Defendants. | No. 2:20-cv-10551-JAK-MAA<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE (DKT. 35)** |

Based on a review of the Stipulation for Dismissal of Action With Prejudice (the "Stipulation" (Dkt. 35)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Fed. R. Civ. P. 41(a), the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties.  Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  April 7, 2022

John A. Kronstadt
United States District Judge